UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JOSEPH SLACK, SARA SLACK, </br></br>   Plaintiffs, </br></br>  v. </br></br>RHONDA R. CAREY, </br></br>   Defendant. </br></br>RHONDA R. CAREY, </br></br>   Counter Claimant, </br></br>  v. </br></br>JOSEPH SLACK, SARA SLACK, </br></br>   Counter Defendants. | No. 4:23-cv-00113-KMB-TWP |

**ENTRY AND ORDER FROM SETTLEMENT CONFERENCE**

  The Parties, in person and by counsel, appeared for a settlement conference on February 5, 2024, with U.S. Magistrate Judge Kellie M. Barr. The conference was held and concluded with the Parties' written agreement on terms that will settle this matter. Rhonda Carey, Joseph Slack, Sara Slack, and attorney Bruce Brightwell (for his attorney escrow account) are hereby **ORDERED** to promptly complete the attached W-9 form and submit via email to finance@insd.uscourts.gov. Upon receipt of the W-9 forms, the Court will issue an entry regarding the specific disbursement of interpleaded funds and enter final judgment in the case.

In light of the Parties' agreement on how to resolve this case, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**. **Within 30 days** of the date of this entry, the Parties shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the Parties). Additional time may be granted if requested in writing before expiration of this period.

**SO ORDERED.**

Date: February 6, 2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email