UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| JOSEPH SLACK, <br> SARA SLACK, <br>     Plaintiffs, <br>   v. <br> RHONDA R. CAREY, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 4:23-cv-00113-KMB-TWP |
| RHONDA R. CAREY, <br>     Counter Claimant, <br>   v. <br> JOSEPH SLACK, <br> SARA SLACK, <br>     Counter Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

## **ORDER**

On February 5, 2024, the undersigned held a settlement conference, and the Parties reached a settlement whereby they agreed to split the life insurance proceeds at issue in this case as detailed below. The undersigned ordered the Parties to each complete a W-9 form and submit it to the Court's Finance Department, [dkt. 59], and they have now done so.

Accordingly, the Court **DIRECTS** the Clerk to withdraw the $325,000.00, plus interest accrued on that amount while the funds were in an interest-bearing account. The Clerk is

**ORDERED** to disburse the total amount payable to each Party as follows at the addresses set forth below these amounts:

- $13,000.00 plus one-fourth of the accrued interest payable to Bruce Brightwell in Trust (for payment to Collins Funeral Home and Fewell Monument Company);
- $114,000.00 plus one-fourth of the accrued interest payable to Rhonda Carey;
- $99,000.00 plus one-fourth of the accrued interest payable to Joseph Slack; and
- $99,000.00 plus one-fourth of the accrued interest payable to Sara Slack.

Bruce Brightwell
713 E. Main Street
Louisville, KY 40202

Rhonda Carey
1680 E. Radio Tower Rd.
Scottsburg, IN 47170

Joseph Slack
90 W. Pigeon Ridge Ct.
Scottsburg, IN 47170

Sara Slack
4407 E. Kinderhook Road
Scottsburg, IN 47170

Final judgment shall issue accordingly.

**SO ORDERED.**

Date: 2/13/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

U.S. District Court, Southern District of Indiana Finance Department