UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JOSEPH SLACK,<br>SARA SLACK,<br><br>        Plaintiffs,<br><br>    v.<br><br>RHONDA R. CAREY,<br><br>        Defendant.<br><br>RHONDA R. CAREY,<br><br>        Counter Claimant,<br><br>    v.<br><br>JOSEPH SLACK,<br>SARA SLACK,<br><br>        Counter Defendants. | No. 4:23-cv-00113-KMB-TWP |

**FINAL JUDGMENT PURSUANT TO FED R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** in favor of interpleader Plaintiffs Jospeh Slack and Sara Slack and interpleader Defendant Rhonda Carey, with each to receive a portion of the life insurance proceeds at issue as set forth in the Court's Order.

**SO ORDERED.**

Date: 2/13/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk
BY: ___*Andyalia K Warner*___
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email